UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

SUMMERLIN v. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80903

### PLAINTIFF MELVIN E. SUMMERLIN'S RULE 26(a)(3)(A)(i) DISCLOSURES

Comes now Plaintiff, by counsel, and discloses the following individuals who may be called as fact witnesses at the trial of this matter:

A.  Witnesses Plaintiff Expects to Present

   1.  Melvin E. Summerlin
       201 County Road 829
       Jones, AL 36749
       (334) 874-7306

   2.  Melvin Summerlin, Jr., Son of Plaintiff
       109 Cone Drive
       Selma, AL 36701
       (334) 872-6215

   3.  W. David Summerlin, Son of Plaintiff
       847 Foxhall Road
       Selma, AL 36701
       (334) 874-7514

   4.  Dr. Daniel Clower    (Primary Care Physician)
       509 Parkman Avenue
       Selma, AL 36701
       (334) 874-9064

  5.  Russell S. Ronson, M.D. (Cardiothoracic Surgeon)
     2022 Brookwood Medical Center Drive, Suite 403
     Birmingham, AL 35209
     (205) 877-2627

  6.  Gordon Kirschberg, M.D. (Neurologist)
     Southern Neurology, P.C.
     2018 Brookwood Medical Center Drive, Suite 202
     Birmingham, AL 35209
     (205) 879-4200

**B.**  <u>Witnesses Plaintiff May Call if the Need Arises</u>

  7.  Kim Bullard
     201 Pike Road
     Selma, AL 36701
     (334) 874-9285

  8.  Georgia Bobo
     1906 Regent Drive
     Prattville, AL 36044
     (334) 412-4980

  9.  Mallory Summerlin
     109 Cone Drive
     Selma, AL 36701
     (334) 872-6215

  10.  Christopher W. Old, M.D. (Nephrologist)
     Nephrology Associates, P.C.
     Professional Office Building II, Suite 210
     817 Princeton Avenue, SW
     Birmingham, AL 35211
     (205) 788-7572

  11.  Eric D. Cohen, M.D. (Cardiologist)
     Greg Chapman, M.D. (Cardiologist)
     2022 Brookwood Medical Center Drive
     Birmingham, AL 35209
     (205) 877-2838

  12.  Mark Mullens, M.D. (Cardiologist)
     1022 North 1st Street, Suite 500
     Alabaster, AL 35007
     (205) 663-5775

348475

    13.    Marvin Simons, Jr., M.D. (Anesthesiologist)
            2151 Old Rocky Ridge Road, Suite 106
            Birmingham, AL 35216
            (205) 870-0909

    14.    Anna Johnson and Michelle Lepianka

**C.**    **Bayer Employees**

    15.    Stanley Horton, Bayer employee

    16.    Meredith Fischer, Bayer employee

    17.    Allen Heller, Bayer employee

    18.    Edward Sypniewski, Bayer employee

    19.    Franz Wingen, Bayer employee

    20.    Reinhard Fesharek, Bayer employee

    21.    Valetine Pascale, Bayer employee

    22.    Thomas Chin, Bayer employee

    23.    Valerie Pierpont, Bayer employee

    24.    Denise Neal, Bayer employee

    25.    Margaret Foley , Bayer employee

    26.    John Lettieri, Bayer employee

    27.    Robert Harrison, Bayer employee

    28.    Pam Cyrus, Bayer employee

    29.    William Shank, Bayer employee

    30.    Marc Jensen, Bayer employee

    31.    Karen Denton, Bayer employee

    32.    Felix Monteagudo, Bayer employee

    33.    Ed Tucker, Bayer employee

    34.    Anita Shah, Bayer employee

348475

35. Joseph Scheeren, Bayer employee

36. Michael Rozycki, Bayer employee

37. Jennifer Maurer, Bayer employee

38. Terry Taylor, Bayer employee

39. Steve Zaruby, Bayer employee

40. Paul McCarthy, Bayer employee

41. Mitch Trujillo, Bayer employee

42. Stanley Horton, Bayer employee

43. Jeff Bova, Bayer employee

44. Savaramakrishan Balakrishnan, Bayer employee

45. Matt Skoronsky, Bayer employee

46. Kuno Sprenger, Bayer employee

47. Tomasz Dyszynski, Bayer employee

48. Michael Devoy, Bayer employee

49. Ernst Weidman, Bayer employee

50. Max Wegner, Bayer employee

51. Kemal Malik, Bayer employee

52. Plaintiff reserves the right to call any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Corporation, which are known or will become known over the course of discovery.

53. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Schering Pharma, A.G., which are known or will become known over the course of discovery.

348475

54. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare Pharmaceuticals, Inc., which are known or will become known over the course of discovery.

55. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare, LLC, which are known or will become known over the course of discovery.

56. Plaintiff reserves the right to call any and all persons identified by other parties to this civil action.

57. Plaintiff reserves the right to supplement this disclosure as discovery proceeds.

**PLAINTIFF**

**By Counsel**

/s/ Jonathan D. Boggs
P. Gregory Haddad, Esq.
ghaddad@baileyglasser.com
Kerrie Wagoner Boyle, Esq.
kboyle@baileyglasser.com
Jonathan D. Boggs, Esq. (FL Bar #0106305)
jboggs@baileyglasser.com
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

Leslie Ann Caldwell
lac@lusklaw.com
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

348475

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

SUMMERLIN v. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80903

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2009, **PLAINTIFF MELVIN E. SUMMERLIN'S RULE 26(a)(3)(A)(i) DISCLOSURE** was served by United States First Class Mail, postage pre-paid, upon the following counsel of record:

Brian A. Wahl
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Phillip S. Beck
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610

Patricia Elaine Lowry
Barbara Bolton Litten
Squire Sanders & Dempsey LLP
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

Elizabeth C. Curtin
Sidley Austin LLP
1 S Dearborn Street
Chicago, IL 60603

348475

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

/s/ *Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*

348475